**Justin P. Kolbenschlag (ID #030882007)**
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830
732-549-5600
Attorneys for Defendants
Above The Rest Appliance Repair, LLC
and James Lengyel

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN HEISER, <br><br> Plaintiff, <br><br> v. <br><br> ABOVE THE REST APPLIANCE REPAIR, LLC, and JAMES LENGYEL, individually, <br><br> Defendants. | Case No. 2:17-CV-04931-SDW-LDW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter, having been amicably adjusted by and between the parties, it is hereby agreed and stipulated by the parties, through their undersigned counsel, that the within action is hereby dismissed with prejudice and without costs and/or attorneys' fees to any party as against any other party. The Court shall retain jurisdiction of this matter for 60 days to enforce the terms of the settlement agreement by and between the parties.

| Jaffe Glenn Law Group PA <br> Attorneys for Plaintiff <br><br> By: _____ <br> Jodi Jaffe, Esq. <br><br> Dated: December 27, 2017 | Greenbaum Rowe Smith & Davis LLP <br> Attorneys for Defendant <br><br> By: _____ <br> Justin P. Kolbenschlag, Esq. <br><br> Dated: December _____, 2017 |
|---|---|

So Ordered
this 8th day of January 2018

_____
Susan D. Wigenton, U.S.D.J.

4881034.1